IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY ALLEN FOX,              )<br>                                                  )<br>                    Plaintiff,    )<br>                                                  )<br>vs.                                            )<br>                                                  )<br>RANDY BLADES, TOM BEAUCLAIR,  )<br>                                                  )<br>                    Defendants.  )<br>_____) | Case No. CV06-96-S-BLW<br><br>**JUDGMENT** |

On April 14, 2006, the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED with prejudice.

DATED: **April 14, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT -1**